J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Jason McMillan
Kelly Minot
d/b/a Amazon.com Seller waxecstatik
*musicmattersmd@gmail.com*
705 S. Cherry Grove, Apt. 201
Annapolis, Maryland 21401
Telephone: (301) 395-2696

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-4072 CBM (PJWx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION [JS-6] |
| v. | |
| Jason McMillan, an individual and d/b/a Amazon.com Seller Waxecstatik; Kelly Minot, an individual and d/b/a Amazon.com Seller Waxecstatik; and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Jason McMillan, an individual and d/b/a Amazon.com Seller Waxecstatik, and Kelly Minot, an individual and d/b/a Amazon.com Seller Waxecstatik (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)	This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)	Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)	Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)	Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a)	Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

/ / /

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: November 20, 2013

_____
Hon. Consuelo B. Marshall
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

Jason McMillan, an individual and d/b/a Amazon.com Seller Waxecstatik

By: _____
    Jason McMillan
Defendant, *in pro se*

Kelly Minot, an individual and d/b/a Amazon.com Seller Waxecstatik

By: _____
    Kelly Minot
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Reg. No. | Titles | Copyright Claimant |
|---|---|---|
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |

| | | |
|---|---|---|
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |

| | | |
|---|---|---|
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | Home Box Office, Inc. ("HBO") |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-776-120 | BOARDWALK EMPIRE: To The Lost | HBO |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBEI |
| PA 1-830-012 | THE CLOSER: Repeat Offender | WBEI |
| PA 1-830-014 | THE CLOSER: To Serve With Love | WBEI |
| PA 1-830-262 | THE CLOSER: Under Control | WBEI |
| PA 1-830-011 | THE CLOSER: Forgive Us Our Trespasses | WBEI |

| | | |
|---|---|---|
| PA 1-829-979 | THE CLOSER: Home Improvement | WBEI |
| PA 1-830-017 | THE CLOSER: A Family Affair | WBEI |
| PA 1-829-972 | THE CLOSER: Death Warrant | WBEI |
| PA 1-829-994 | THE CLOSER: Star Turn | WBEI |
| PA 1-830-261 | THE CLOSER: Fresh Pursuit | WBEI |
| PA 1-830-008 | THE CLOSER: Necessary Evil | WBEI |
| PA 1-829-985 | THE CLOSER: You Have The Right To Remain Jolly | WBEI |
| PA 1-829-964 | THE CLOSER: Relative Matters | WBEI |
| PA 1-829-977 | THE CLOSER: Road Block | WBEI |
| PA 1-833-797 | THE CLOSER: Silent Partner | WBEI |
| PA 1-829-967 | THE CLOSER: Hostile Witness | WBEI |
| PA 1-829-981 | THE CLOSER: Fool's Gold | WBEI |
| PA 1-829-966 | THE CLOSER: Drug Fiend | WBEI |
| PA 1-829-968 | THE CLOSER: Last Rites | WBEI |
| PA 1-830-005 | THE CLOSER: Armed Response | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |
| PA 1-744-136 | CURB YOUR ENTHUSIASM: The Divorce | HBO |
| PA 1-746-580 | CURB YOUR ENTHUSIASM: The Safe House | HBO |
| PA 1-739-186 | CURB YOUR ENTHUSIASM: Palestinian Chicken | HBO |
| PA 1-740-510 | CURB YOUR ENTHUSIASM: The Smiley Face | HBO |
| PA 1-740-509 | CURB YOUR ENTHUSIASM: Vow of Silence | HBO |
| PA 1-740-508 | CURB YOUR ENTHUSIASM: The Hero | HBO |
| PA 1-746-589 | CURB YOUR ENTHUSIASM: The Bi-Sexual | HBO |
| PA 1-744-140 | CURB YOUR ENTHUSIASM: Car Periscope | HBO |
| PA 1-748-790 | CURB YOUR ENTHUSIASM: Mister Softee | HBO |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | HBO |
| PA 1-747-827 | CURB YOUR ENTHUSIASM: Larry vs. Michael J. Fox | HBO |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-838-996 | FRINGE: One Night In October | WBEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBEI |
| PA 1-839-002 | FRINGE: Novation | WBEI |
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBEI |
| PA 1-840-592 | FRINGE: Wallflower | WBEI |
| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBEI |
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBEI |

| | | |
|---|---|---|
| PA 1-839-003 | FRINGE: Making Angels | WBEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBEI |
| PA 1-838-971 | FRINGE: The consultant | WBEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-842-654 | GOSSIP GIRL: Beauty And The Feast | WBEI |
| PA 1-842-729 | GOSSIP GIRL: Jewel Of Denial | WBEI |
| PA 1-842-682 | GOSSIP GIRL: Memories Of An Invisible Dan | WBEI |
| PA 1-842-723 | GOSSIP GIRL: The Fasting And The Furious | WBEI |
| PA 1-842-719 | GOSSIP GIRL: I Am Number Nine | WBEI |
| PA 1-842-667 | GOSSIP GIRL: The Big Sleep No More | WBEI |
| PA 1-842-775 | GOSSIP GIRL: All The Pretty Sources | WBEI |
| PA 1-842-653 | GOSSIP GIRL: Rhodes To Perdition | WBEI |
| PA 1-842-652 | GOSSIP GIRL: Riding In Town Cars With Boys | WBEI |
| PA 1-842-777 | GOSSIP GIRL: The End Of The Affair | WBEI |
| PA 1-842-650 | GOSSIP GIRL: Father And The Bride | WBEI |
| PA 1-842-770 | GOSSIP GIRL: G.G. | WBEI |
| PA 1-842-747 | GOSSIP GIRL: The Backup Dan | WBEI |
| PA 1-842-732 | GOSSIP GIRL: Crazy, Cupid, Love | WBEI |
| PA 1-842-660 | GOSSIP GIRL: Cross Rhodes | WBEI |
| PA 1-840-387 | GOSSIP GIRL: The Princess Dowry | WBEI |

| | | |
|---|---|---|
| PA 1-840-387 | GOSSIP GIRL: Con-Heir | WBEI |
| PA 1-840-373 | GOSSIP GIRL: It Girl, Interrupted | WBEI |
| PA 1-840-368 | GOSSIP GIRL: Salon Of The Dead | WBEI |
| PA 1-840-378 | GOSSIP GIRL: Despicable B | WBEI |
| PA 1-840-385 | GOSSIP GIRL: Raiders Of The Lost Art | WBEI |
| PA 1-840-367 | GOSSIP GIRL: The Fugitives | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-776-116 | LUCK: Pilot | HBO |
| PA 1-782-832 | LUCK: Ace Meets with a Potential Investor | HBO |
| PA 1-809-035 | LUCK: Ace Meets with a Talented Whiz Kid | HBO |
| PA 1-780-562 | LUCK: Ace Meets with a Colleague | HBO |
| PA 1-780-567 | LUCK: Ace Forces Escalante to Swap Jockeys | HBO |
| PA 1-780-565 | LUCK: Ace Pitches a Deal | HBO |
| PA 1-780-566 | LUCK: Ace and Claire Tour a Horse Farm | HBO |
| PA 1-782-657 | LUCK: Ace Counters Smythe's Move with His Own | HBO |
| PA 1-786-977 | LUCK: Two Prized Colts Go Head to Head | HBO |
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | WBEI |
| PA 1-840-095 | THE MENTALIST: Little Red Book | WBEI |
| PA 1-841-401 | THE MENTALIST: Pretty Red Balloon | WBEI |

| | | |
|---|---|---|
| PA 1-841-436 | THE MENTALIST: Ring Around The Rosie | WBEI |
| PA 1-840-211 | THE MENTALIST: Blood And Sand | WBEI |
| PA 1-841-437 | THE MENTALIST: Where In The World Is Carmine O'Brien | WBEI |
| PA 1-840-135 | THE MENTALIST: Blinking Red Light | WBEI |
| PA 1-841-440 | THE MENTALIST: Pink Tops | WBEI |
| PA 1-841-442 | THE MENTALIST: The Redshirt | WBEI |
| PA 1-841-439 | THE MENTALIST: Fugue In Red | WBEI |
| PA 1-841-399 | THE MENTALIST: Always Bet On Red | WBEI |
| PA 1-840-096 | THE MENTALIST: My Bloody Valentine | WBEI |
| PA 1-840-100 | THE MENTALIST: Red Is The New Black | WBEI |
| PA 1-840-099 | THE MENTALIST: At First Blush | WBEI |
| PA 1-840-098 | THE MENTALIST: War Of The Roses | WBEI |
| PA 1-840-097 | THE MENTALIST: His Thoughts Were Red Thoughts | WBEI |
| PA 1-840-212 | THE MENTALIST: Cheap Burgundy | WBEI |
| PA 1-840-166 | THE MENTALIST: Ruddy Cheeks | WBEI |
| PA 1-840-168 | THE MENTALIST: Pink Champagne On Ice | WBEI |
| PA 1-840-169 | THE MENTALIST: Something Rotten In Redmund | WBEI |
| PA 1-840-171 | THE MENTALIST: Ruby Slippers | WBEI |
| PA 1-840-144 | THE MENTALIST: So Long, And Thanks For All The Red Snapper | WBEI |
| PA 10840-105 | THE MENTALIST: Red Rover, Red Rover | WBEI |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |

| | | |
|---|---|---|
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |

| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
|---|---|---|
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI; CBS |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI; CBS |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI; CBS |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI; CBS |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI; CBS |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI; CBS |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI; CBS |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI; CBS |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI; CBS |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI; CBS |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI; CBS |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI; CBS |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI; CBS |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI; CBS |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI; CBS |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI; CBS |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI; CBS |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI; CBS |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI; CBS |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI; CBS |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI; CBS |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |

| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| --- | --- | --- |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |